

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TARYN L. MICHELETTO, | CV-17-13-BLG-SPW-TJC |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration, | |
| Defendant. | |

It has been brought to the Court's attention that the Parties' Consent to the Exercise of Jurisdiction by a United States Magistrate Judge in the above-captioned matter was received by the Clerk's Office on June 5, 2017. Therefore,

IT IS HEREBY ORDERED that the Court's non-consent Order (Doc. 8) dated May 24, 2017 is hereby **WITHDRAWN**, as the parties in this case voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case.

The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 5th day of June, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge