IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TARYN L. MICHELETTO,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>Defendant. | CV 17-13-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Extension of Briefing Deadlines (Doc. 12), wherein Plaintiff requests a thirty (30)-day extension to file her opening brief. Plaintiff indicates that the Defendant does not oppose the motion.

Accordingly, IT IS ORDERED that Plaintiff's motion is GRANTED. The Social Security Briefing Schedule (Doc. 6) is hereby amended such that Plaintiff must file her opening brief on or before July 10, 2017. The briefing schedule otherwise shall remain in place.

DATED this 7th day of June, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge