UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TARYN L MICHELETTO, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL *Acting Commissioner of the Social Security Administration*, <br><br> Defendant. | Case No. CV-17-13 -BLG-TJC <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED The Court orders that the Commissioners decision is REVERSED and this matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent herewith.

Dated this 30th day of March, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Anna Contreraz
Anna Contreraz, Deputy Clerk